# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

––––––––––––––––––––

## No. 201600287

––––––––––––––––––––

## UNITED STATES OF AMERICA
Appellee

v.

## KHLOE E. LAWSON
Private (E-1), U.S. Marine Corps
Appellant

––––––––––––––––––––

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations West, Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd J. Enge, USMC.
For Appellant: Lieutenant Commander Donald R. Ostrom, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

––––––––––––––––––––

Decided 24 January 2017

––––––––––––––––––––

Before CAMPBELL, HUTCHISON, and LOCHNER, *Appellate Military Judges*

––––––––––––––––––––

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court